

FILED
SEP 0 9 2020
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 20 CR 170 CVE |
| Plaintiff, | ) | |
| | ) | **INDICTMENT** |
| | ) | [18 U.S.C. § 1038(a)(1): False |
| v. | ) | Information About Bombs in |
| | ) | Courthouse] |
| RANDY PAUL SHELBY, | ) | |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

On or about July 7, 2020, in the Northern District of Oklahoma, the defendant, **RANDY PAUL SHELBY**, engaged in conduct with intent to convey false and misleading information under circumstances where such information may have reasonably been believed, indicating that an activity had taken place which would constitute a violation of Chapter 40 of Title 18, United States Code, involving explosives, in that the defendant, **RANDY PAUL SHELBY**, made a telephone call to the Tulsa Police Department's non-emergency number and stated that another individual had planned to make a bomb and blow up the Tulsa County, Oklahoma, Courthouse.

All in violation of Title 18, United States Code, Section 1038(a)(1).

R. TRENT SHORES
UNITED STATES ATTORNEY

_____
ROBERT T. RALEY
Assistant United States Attorney

A TRUE BILL

/s/ Grand Jury Foreperson
Grand Jury Foreperson