IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY PAUL SHELBY,<br><br>Defendant. | Case No. 20-CR-170-CVE |

**Motion for Detention Pending Revocation or
Modification of Probation or Supervised Release**

The United States moves for detention of Defendant pending revocation or modification of probation or supervised release pursuant to Fed. R. Crim. P. 32.1(a)(6).

The case before the Court involves a revocation or modification of probation or supervised release with a presumption of detention under 18 U.S.C. § 3143(a)(1) and a burden on the Defendant under Fed. R. Crim. P. 32.1(a)(6) to establish by clear and convincing evidence that the Defendant will not flee or pose a danger to any other person or to the community if released.

Dated this 1st day of September, 2022.

                                  Respectfully submitted,

                                  CLINTON J. JOHNSON
                                  UNITED STATES ATTORNEY

                                  */s/ Robert T. Raley*
                                  Robert T. Raley, OBA No. 13236
                                  Assistant United States Attorney
                                  110 West Seventh Street, Suite 300
                                  Tulsa, Oklahoma 74119
                                  (918) 382-2700

### Certificate of Service

I hereby certify that on the 1st day of September, 2022 I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF recipient:

William Widell
*Attorney for Defendant*

                                  */s/ Robert T. Raley*
                                  Robert T. Raley